8248.  JOHNSON *v.* BUCKEYE COTTON OIL COMPANY.

BROYLES, P. J.  This was a suit for negligent homicide of the plaintiff's son. The evidence adduced by the plaintiff, together with the admissions in the defendant's answer, failed to show that the homicide was caused by the defendant's negligence; and a nonsuit was properly awarded by the court.

*Judgment affirmed. Jenkins and Bloodworth, JJ., concur.*
DECIDED FEBRUARY 1, 1917.

Action for damages; from Fulton superior court—Judge Ellis. September 6, 1915.

*Charles M. Moon, Paul S. Etheridge, Charles B. Shelton,* for plaintiff. *E. V. Carter,* for defendant.